UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jay Neeper

    v.                              Civil No. 11-cv-135-LM

N.H. State Prison, Warden

ORDER OF RECUSAL

I hereby recuse myself from presiding over this case.  The case shall be assigned to another judge.

_____
Landya B. McCafferty
United States Magistrate Judge

Date:  March 28, 2011

cc:  Stephanie Hausman, Esq.